UNITED STATES of America,
Plaintiff-Appellee,

v.

Kalvin Wayne SMITH, Defendant-Appellant.

No. 15-15662

Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(May 5, 2017)

R. Brian Tanner, Carlton R. Bourne, Jr., James D. Durham, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee

Kalvin Wayne Smith, Pro Se

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

David McCrea, appointed counsel for Kalvin Smith in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's conviction and sentence are **AFFIRMED**. Kalvin Smith's motion for appointment of substitute counsel is **DENIED** as moot.